[No. 46694-1-I. Division One. April 30, 2001.]

BARRY SYRETT, ET AL., *Appellants*, v. REISNER MCEWIN & ASSOCIATES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-18530-7, Linda Lau, J., entered April 21, 2000. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Webster and Kennedy, JJ. Now published at 107 Wn. App. 524.

[No. 46844-8-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA CROWL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04483-5, Michael J. Fox, J., entered June 12, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46996-7-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN L. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00690-4, Kenneth L. Cowsert, J., entered July 13, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 18977-5-III. Division Three. May 1, 2001.]

NORTHWEST CAPITAL AND ADVISORY SERVICES, INC., *Respondent*, v. CUSTOM NO-TILL, INC., ET AL., *Defendants*, GUY SWANSON, *Respondent*, TRUDY SWANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-03057-5, Salvatore F. Cozza, J., entered November 19, 1999. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.